IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Abeer Abdel-Jalil,  :
                Petitioner  :
                  :
          v.  :          No. 1856 C.D. 2019
                  :
Department of Human Services,  :
                Respondent  :

**PER CURIAM**                 **O R D E R**

      NOW, April 5, 2021, having considered Petitioner's application for reconsideration/reargument and Respondent's answer in response thereto, the application is denied.